## PERKINS v. SUPERIOR COURT OF FRESNO COUNTY.

### No. 15,711; September 10, 1894.

37 Pac. 780.

**Appeal from Justice.**—An Appeal will not be Dismissed because the bond was not filed within thirty days after the rendition of the judgment by a justice of the peace, if the bond was delivered and left at the office of the justice, but was not received or marked "Filed" by him until two days after the thirty days.

Petition by one Perkins for a writ of prohibition against the superior court of Fresno county to prevent proceedings on appeal. Writ denied.

Warlow & Hargrove and Wm. Grant for petitioner; Miles Wallace for respondent.

BEATTY, C. J.—The petitioner moved the superior court to dismiss the appeal from a judgment rendered in his favor by a justice of the peace. The ground of the motion was that

the undertaking on appeal had not been filed within thirty days after rendition and entry of the judgment. The superior court denied the motion, and this is a petition for a writ to prohibit further proceedings upon the appeal. It appears from the allegations of the petition that ample evidence was adduced at the hearing of the motion to warrant the superior court in finding that the undertaking was delivered and left at the office of the justice of the peace within the thirty days, and that it was not received by him, or marked "Filed," until two days after that time because of his absence from his office and from the county. If this was the case the superior court has jurisdiction of the appeal. Writ denied.

We concur: McFarland, J.; Garoutte, J.; Fitzgerald, J.

DE HAVEN, J.—I concur in the judgment.